**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, individually
and on behalf of all others similarly
situated,

      Plaintiff,

v.

UNITED INSURANCE
PROFESSIONALS LLC

      Defendant.

:
:  Civil File No. 2:26-cv-00534-WSS
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE*

This Court GRANTS the Motion to Appear *Pro Hac Vice* of Anthony I. Paronich.


SIGNED THIS ____ DAY OF _____, 2026.


_____
United States District Judge