# UNITED STATES DISTRICT COURT

for the
Western District of Pennsylvania

**STEWART ABRAMSON, individually and on behalf of all others similarly situated**

*Plaintiff*

v.

**UNITED INSURANCE PROFESSIONALS LLC**

*Defendant*

)
)
)
)
)
)
)
)
)
)

Civil Action No. 2:26-cv-00534

## AFFIDAVIT OF SERVICE

I, Amos Mutua, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to United Insurance Professionals LLC in Kaufman County, TX on May 1, 2026 at 3:14 pm at 10675 Woodbridge Dr, Forney, TX 75126-8065 by leaving the following documents with Aron Troche who as Marketing Manager is authorized by appointment or by law to receive service of process for United Insurance Professionals LLC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT, JURY DEMAND

Additional Description:
Aron Troche. Marketing Manager.
Race: White, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 200 lbs to 220 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=32.7092356936,-96.4220430059
Photograph: See Exhibit 1

Total Cost: $360.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Dallas County ,

TX    on    5/1/2026 .

/s/ *Amos Mutua*

Signature
Amos Mutua
+1 (214) 907-5821

