**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | |
| Plaintiff | Case No. 26-cv-534 |
| vs. | |
| UNITED INSURANCE PROFESSIONALS LLC | |
| Defendant. | |

## [PROPOSED] ORDER ON MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiff's

Motion for Clerk's Entry of Default Against Defendant United Insurance Professionals LLC, and

it appearing that Defendant was served with the Summons and Complaint on May 1, 2026, and

has failed to plead or otherwise defend within the time permitted by the Federal Rules of Civil

Procedure,

IT IS HEREBY ORDERED that the Motion is GRANTED.

The Clerk of Court is directed to enter default against Defendant United Insurance

Professionals LLC pursuant to Federal Rule of Civil Procedure 55(a).

BY THE COURT:

_____
United States District Judge