## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff<br><br>vs.<br><br>UNITED INSURANCE PROFESSIONALS LLC<br><br>       Defendant. | Case No. 26-cv-534 |

### AFFIDAVIT FOR ENTRY OF DEFAULT

COMMONWEALTH OF PENNSYLVANIA )
                                              )
COUNTY OF ALLEGHENY          )

Anthony I. Paronich, being duly sworn, states that he is the attorney for Plaintiff in the above-captioned action; that the Complaint and Summons in this action were served on Defendant on May 1, 2026; that service was made on United Insurance Professionals LLC; that the time within which Defendant may answer or otherwise move as to the Complaint has expired; that Defendant has not answered or otherwise moved; and that the time for Defendant to answer or otherwise move has not been extended.

*Anthony Paronich*
_____
Anthony I. Paronich

State of Pennsylvania, County of Beaver
Sworn to and subscribed before me this 17th day of ___June_____, 2026.


*Michael J Webb*
_____
Notary Public

My commission expires:  __11/08/2029__

| Commonwealth of Pennsylvania - Notary Seal |
| :---: |
| MICHAEL J WEBB, Notary Public |
| Beaver County |
| My commission expires November 8, 2029 |
| Commission Number 1290457 |

Notarized remotely online using communication technology via Proof.