## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>UNITED INSURANCE PROFESSIONALS LLC<br><br>        Defendant. | Case No. 26-cv-534 |

## <u>REQUEST TO ENTER DEFAULT</u>

To the Clerk of the U.S. District Court for the Western District of Pennsylvania:

You will please enter the default of Defendant United Insurance Professionals LLC for

failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure, as

appears from the attached Affidavit for Entry of Default.

Dated: June 17, 2026



CLERK'S ENTRY OF DEFAULT

Date: 6/18/2026

*Karen Sawdy*
Docket Clerk
*Brandy S. Lonchena*
Brandy S. Lonchena

PLAINTIFF,
By his attorneys

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing has been served on this on all counsel of record via the Court's CM/ECF system.

*/s/ Anthony I. Paronich*