**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, | |
| Plaintiff | Case No. 26-cv-534 |
| vs. | |
| UNITED INSURANCE PROFESSIONALS LLC | |
| Defendant. | |

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION TO OPEN DISCOVERY

AND NOW, this ___ day of _____, 2026, upon consideration of Plaintiff's Motion to Open Discovery, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED.

1. Plaintiff is authorized to conduct limited discovery for the purpose of:

    a. identifying members of the proposed class;

    b. obtaining information relevant to class certification; and

    c. determining the amount of statutory damages recoverable by Plaintiff and members of the proposed class.

2. Plaintiff may serve discovery requests upon Defendant and subpoenas pursuant to Federal Rule of Civil Procedure 45 upon any non-party reasonably believed to possess information concerning:

2

  a. outbound call records;

  b. dialer records;

  c. call logs;

  d. transmission reports;

  e. telephone numbers called;

  f. prerecorded or artificial voice campaigns; and

  g. any other records reasonably necessary to identify class members and calculate

  damages.

3.  Any person or entity served with discovery pursuant to this Order shall respond in

  accordance with the Federal Rules of Civil Procedure.

4.  Plaintiff shall complete such discovery within ninety (90) days of entry of this Order

  unless otherwise ordered by the Court.

5.  Following completion of discovery, Plaintiff may move for class certification and for

  entry of default judgment, including an award of damages.


  Dated:_____


                                    _____
                                    United States District Judge


2